UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI *ex rel.* CATHERINE L. HANAWAY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF KANSAS CITY, MISSOURI, et al.,<br><br>Defendants. | ) | Case No. 4:26-cv-000636-DGK |

**PLAINTIFFS' NOTICE OF WITHDRAWAL**
**OF MOTION FOR PRELIMINARY INJUNCTION**

Two weeks ago, Plaintiffs filed a motion for a preliminary injunction to halt Kansas City, Missouri's racist practices in public contracting and end its racial discrimination against Charles Cacioppo, Industrial Salvage and Wrecking Co., and Missourians. Docs. 12–13. Less than 72 hours later, Kansas City's City Council passed an ordinance repealing those practices and terminating Kansas City's minority and women's business enterprise program. Ex. 1. Because that ordinance has gone into effect and the MWBE program has been terminated, Plaintiffs no longer suffer an urgent irreparable harm justifying a preliminary injunction. Accordingly, Plaintiffs withdraw their motion, Doc. 12, and wish to proceed to final judgment on their claims in the normal course.

Dated: August 24, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

<u>*/s/ Louis J. Capozzi, III*</u>
Louis J. Capozzi III, #77756
*Solicitor General*
Kathleen Hunker, #78819
*Principal Deputy Solicitor General*
Alexandria L. Overcash, #78289
*Assistant Solicitor General*
Victoria S. Lowell, #76461
*Assistant Solicitor General*
Madeline S. Lansdell, #78358
*Assistant Solicitor General*

Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 645-9662
Fax: (573) 751-0774
Louis.Capozzi@ago.mo.gov
Kathleen.Hunker@ago.mo.gov
Alexandria.Overcash@ago.mo.gov
Victoria.Lowell@ago.mo.gov
Madeline.Lansdell@ago.mo.gov

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, a true and accurate copy of the foregoing was electronically filed by using the Court's CM/ECF system to be served on all counsel of record entered in the case.

*/s/ Louis J. Capozzi, III*